Eardine FERRELL

v.

Stephanie FORRESTER

2140088

Court of Civil Appeals of Alabama.

01/05/2015

Dismissed

Benjamin KITT and Martha Tucker

v.

STATE ex rel. Ashley M.
RICH, Dist. Atty.

2140094

Court of Civil Appeals of Alabama.

03/03/2015

Dismissed

J.B. and B.B.

v.

B.L.J. and L.L.J.

2140095

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

C.E.

v.

M.G.

2140096

Court of Civil Appeals of Alabama.

02/17/2015

Dismissed

April Marie WALKER

v.

James William WALKER

2140098

Court of Civil Appeals of Alabama.

01/06/2015

Dismissed